A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Joseph M. Andrews
_____
Plaintiff

7700006906
_____
Inmate Number

VERSUS

Summit/Oshner Hospital
_____
∀
_____
Tau Center Our Lady of The Lake
_____

(Enter above the full name of each
defendant in this action.)

Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts.  THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.  ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓) No ( )

B.  If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to this previous lawsuit
     Plaintiff(s): __Joseph Michael Andrews__

     Defendant(s): __Livingston Parish Detention Center__

2.  Court (if federal court, name the district; if state court, name the parish): _____

3.  Docket number: _____

4.  Name of judge to whom case was assigned: _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

6.  Date of filing lawsuit: _____
7.  Date of disposition: _____

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
     Yes ( )        No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_Middle District_

II.    Place of present confinement: _LPDC    P.O. Box 1000 Livingston, La 70754_

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _I was tortured in Lockdown, Poisioned, and silent weapons were used on me which miraculously appeared into cell bricks as solid evidence_

2. What steps did you take? _I filed grievance_

3. What was the result? _No Justice. They said their is no Satanic occult no secret government, no witchcraft, and reffered me to see a doctor._

D. If your answer is No, explain why not: _____

III.    Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) _Joseph Michael Andrews_
    Address _P.O. Box 1000 Livingston, La 70754_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Summit/Oshner Hospital_ is employed as
_secret society_ at _Oneal Lane_
_Baton Rouge, LA_
C. Additional Defendants: _Tau Center Our Lady of the Lake_

IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is
involved. Include also the names of other persons involved, dates, and places. **Do not given
any legal arguments or cite any cases or statutes.** If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph. (Use as much space
as you need. Attach extra sheets if necessary.)

I was poisoned and went to the Emergency room at
the Summit hospital that changed back to the Oshner a few
weeks later after this incident happened I was diagnosed
allegedly as a schitzophrenic but was never told that
by a docter but was only told I had hypertention
and Post traumatic stress, They said I was not poisoned
nor was witcraft used on me but I was in a state
of psychosis and I am being slandered in a
church of Satan conspiracy as a schitzophrenic.
    At the Tau Center our Lady of the Lake I
was attacked and tackled to the ground and
punched in the eye and had a black eye and was
forced to take medication I did not want to
take. All part of the same Conspiracy.

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. _File Lawsuit on the Summit/Oshner Hospitle + the Tau Center of our Lady of the Lake_

VI.   Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this __2__ day of __September__, 20_20_.

Joseph M. Andrew
Alma Roger Lee IIII
Signature of plaintiff(s)

Joseph M. Andrews
P.O. Box 1000
Livingston, La 70754

Legal Mail


FOREVER
USA
Barn Swallow

Federal Court
U.S. MARSHAL
777 N Florida, St.
Baton Rouge, La 70801

7080181717 C046

AHIAH ASHAR HIGH

Legal Mail



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016