UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH M. ANDREWS | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 20-598-JWD-RLB |
| SUMMIT/OSHNER HOSPITAL, ET AL. | |

## OPINION

The Court has reviewed the entire record in this case. Plaintiff filed no objection to the Report and Recommendation Report (Doc. 8) dated April 12, 2021. However, Plaintiff did write a letter to the Court on April 19, 2021 (Doc. 9). To the extent this letter can be considered an objection, the Court has read and considered it and agrees with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** that the Court declines to exercise supplemental jurisdiction over any potential state law claims and that this action shall be dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.[1]

Signed in Baton Rouge, Louisiana, on <u>April 27, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

1  The plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings *in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."